# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

RAFAEL CASTILLO, JR.,

    Petitioner,

vs.

RENEE BAKER, et al.,

    Respondents.

Case No. 3:13-cv-00360-HDM-WGC

**ORDER**

    The court found that the petition for a writ of habeas corpus (#4) was mixed, containing both grounds exhausted and unexhausted in state court. Order (#14). The court gave petitioner the opportunity to declare what he wished to do with the unexhausted grounds. Id. Petitioner has not responded within the allotted time. The court will dismiss this action. The court does not consider whether a subsequently filed petition will be timely under 28 U.S.C. § 2244(d).

    Reasonable jurists would not disagree with this conclusion, and the court will not issue a certificate of appealability.

    IT IS THEREFORE ORDERED that this action is **DISMISSED** without prejudice for plaintiff's failure to exhaust all his state-court remedies. The clerk of the court shall enter judgment accordingly.

///
///
///
///

1  IT IS FURTHER ORDERED that a certificate of appealability is **DENIED**.

2  DATED: January 21, 2014.

_____
HOWARD D. MCKIBBEN
United States District Judge